UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

October 20, 2003

10:00am

*Held 10:05 - 10:15 Am*

CASE NO. **01cv1049(JBA)**  ()  **Speaks v. Donato**

| | |
|---|---|
| Bernard T. Kennedy | 49 Rose St. |
| | Suite 301 |
| | Branford, CT 06405 |
| | 203-481-1322 |
| | |
| Michael W. Kennedy | Kennedy & Kennedy LLC |
| | 101 W. Main St. |
| | Branford, CT 06405 |
| | 203-481-4040 |
| | |
| Elisabeth Ann Seieroe Maurer | 871 Ethan Allen Highway |
| | Suite 202 |
| | Ridgefield, CT 06877 |
| | 203-438-1388 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK