IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
Oct 21  3 28 PM '03
U.S. DISTRICT COURT
NEW HAVEN

SHERRY SPEAKS

v.

EDWARD DONATO d/b/a CONSIGNMENT SALES ET AL.

3:01CV1049 (JBA)

DATE: OCT. 20, 2003

## SUPPLEMENTAL RULING ON PLAINTIFF'S MOTIONS FOR ATTORNEY FEES AND SANCTIONS

In accordance with the telephonic status conference held this morning, and as confirmed by a letter from defense counsel this afternoon, plaintiff's Motion for Attorney Fees (Dkt. #38) and Motion for Sanctions and Request for Attorney Fees (Dkt. #39) <u>are granted, absent objection</u>, to the extent they seek to reinstate the original default judgment in the amount of $9,783.16.  (<u>See</u> Dkt. #15).

The Clerk's Office may now close this file.

Dated at New Haven, Connecticut, this 20th day of October, 2003.

Joan Glazer Margolis
United States Magistrate Judge

AO 72A
(Rev. 8/82)