UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*FILED*

*Nov 17   9 18 AM '03*

SPEAKS                          :

v.                              :        NO. 3:01cv1049 (JBA)

DONATO, ET AL                   :

## ENDORSEMENT ORDER [DOC. #45]

APPROVED and ADOPTED with consent.

The Clerk is directed to close this case.

IT IS SO ORDERED.



Janet Bond Arterton
United States District Judge

Dated at New Haven, Connecticut: <u>November 14, 2003</u>