UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHERRY SPEAKS

    Plaintiff,

V.                                            CIVIL ACTION NO.
                                                      3:01CV1049 (JBA)

EDWARD DONOTO, ET AL

    Defendants.                                     NOVEMBER 26, 2003

## STIPULATION FOR DISMISSAL

The plaintiff Sherry Speaks through her attorney Bernard T. Kennedy and the defendant Atlantic Coast Capital, Inc. through its attorney Carl P. Fortuna, Jr. stipulate that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

                                                                                THE PLAINTIFF

                                                                                BY _____
                                                                                Bernard T. Kennedy
                                                                                49 Rose Street, # 301
                                                                                Branford, CT 06405
                                                                                (203) 481-1322
                                                                                Fed. Bar # ct00680

DATE: 12/1/03

ATLANTIC COAST CAPITAL, INC.

By _____
Carl P. Fortuna, Jr., Esq.

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed this 15th day of December 2003, via United States Mail, postage prepaid to:

Bernard T. Kennedy
49 Rose Street, # 301
Branford, CT 06405

_____
Carl P. Fortuna, Jr.