**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**


SHERRY SPEAKS

    V.                            CIVIL NO.  3:01CV1049 (JBA)

EDWARD DONATO
d.b.a. CONSIGNMENT SALES
ATLANTIC COAST CAPITAL INC.

## JUDGMENT


    This cause came on for consideration on the plaintiff's motion for an award of attorney's fees and sanctions, before the Honorable Janet Bond Arterton,  United States District Judge and the Honorable Joan G. Margolis, United States Magistrate Judge.

    The Court has considered all of the papers filed in this action and on December 4, 2001, Magistrate Judge Margolis granted default judgment against the defendant Donato in the amount of $9,783.16.  On December 20, 2001, the recommended ruling was approved and adopted by the Honorable Janet Bond Arterton.  On March 31, 2003, a ruling on Defendant Donato's motion to set aside judgement or in the alternative to set aside default was granted in part to permit the defendant Donato to  present evidence of reimbursement as set off to $2,511.16.  On October 21, 2003, Magistrate Judge Margolis, entered a supplemental recommended ruling on plaintiff motion for attorneys fees and sanctions, granting the relief absent objection to the extent they seek to reinstate the original default judgment in the amount of $9,783.16.  On November 17, 2003,  the Magistrates Recommended Ruling was approved, adopted and ratified by the Honorable Janet Bond Arterton, United States District Judge.  On December 17, 2003,  a stipulation of dismissal was entered against defendant Atlantic Coast Capital Inc.


EOD_____

Therefore, it is hereby ORDERED, ADJUDGED AND DECREED that judgment is entered for the plaintiff in the amount  of $9,783.16.

Dated at New Haven, Connecticut this 23rd day of December, 2003.

KEVIN F. ROWE, Clerk

__/s/_____
By: Betty J. Torday
    Deputy Clerk